■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW JAMES, Appellant. [934 NYS2d 342]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, A.P.J., Rivera, Dillon and Angiolillo, JJ., concur.